# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Scottie D Hogroe v Burlington Northern Santa Fe Company    Case Number: 16 cv 2976

An appearance is hereby filed by the undersigned as attorney for:
Scottie D Hogroe

Attorney name (type or print):  Robert M Hodge

Firm:    Law Office

Street address:     36 South Wabash Avenue Room 1310

City/State/Zip:    Chicago IL 60603 2906

Bar ID Number:  1230786                    Telephone Number:    3124221707
(See item 3 in instructions)

Email Address: bobhodge@bobhodgelaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                    If appointed counsel, are you a
                                                    ☐ Federal Defender
                                                    ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 9 2016

Attorney signature:    S/ Robert M Hodge
                    (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015